Certificate Number: 00301-FLS-CC-036083517



00301-FLS-CC-036083517

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 22, 2021, at 12:12 o'clock PM EDT, ANNETTA MCCALLA received from InCharge Debt Solutions, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 22, 2021                    By:     /s/Pablo Minguela

                                            Name:   Pablo Minguela

                                            Title:  Certified Bankruptcy Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).



Certificate Number: 00301-FLS-CC-036083518



00301-FLS-CC-036083518

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 22, 2021</u>, at <u>12:12</u> o'clock <u>PM EDT</u>, <u>CURTIS MCNEAL</u> received from <u>InCharge Debt Solutions</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Southern District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>October 22, 2021</u>　　　　By: <u>/s/Pablo Minguela</u>

　　　　　　　　　　　　　　　　Name: <u>Pablo Minguela</u>

　　　　　　　　　　　　　　　　Title: <u>Certified Bankruptcy Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).