## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Annette McCalla JOINT DEBTOR: Curtis McNeal CASE NO.: 21-20206-PDR
Last Four Digits of SS# 1546 Last Four Digits of SS# 2499

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $_____ for months _____ to _____;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $_____.
Balance Due $_____ payable $_____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Franklin Credit Mgt. Corp.   Arrearage on Petition Date $_____
   Address: 101 Hudson St.      Arrears Payment $1000.00 /month (Months 1 to 60)
   Jersey City, NJ. 307303      Regular Payment $_____/month (Months 1 to 60)
   Account No: _____

2. Freedom Mortgage             Arrearage on Petition Date $_____
   Address: 8850 Cypress Waters Blvd   Arrears Payment $200.00 /month (Months 1 to 60)
   Coppell, TX, 75019           Regular Payment $_____/month (Months 1 to 60)
   Account No: _____

3. _____                   Arrearage on Petition Date $_____
   Address: _____          Arrears Payment $_____/month (Months _____ to _____)
   _____                   Regular Payment $_____/month (Months _____ to _____)
   Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
              Payable $_____/month (Months____ to ____) Regular Payment $_____
2. _____   Total Due $_____
              Payable $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $_____/month (Months_____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____                    _____
Debtor                                     Joint Debtor
Date: 11/10/21                             Date: 11/10/21

FILED-USBC, FLS-FTL
'21 NOV 10 PM 3:52

LF-31 (rev. 01/08/10)