

**ORDERED in the Southern District of Florida on January 5, 2022.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Annetta McCalla and Curtis McNeal,

    Debtors.
_____/

Case No. 21-20206-PDR

Chapter 13

### ORDER CONTINUING CONFIRMATION HEARING

This matter came before the Court on January 3, 2022, on consideration of the *pro se* Debtors' Chapter 13 Plan and Creditor NationStar Mortgage LLC's Objection to Confirmation. (Docs. 19 & 25). The *pro se* Debtors failed to attend the hearing. Following commentary from the Chapter 13 Trustee and the Creditor, the Court denied confirmation, and the Trustee entered a request for entry of dismissal. (Doc. 28).

Immediately thereafter, the Court received a letter it construed as a *Motion for Reconsideration* by the *pro se* Debtors. (Doc. 29). In it, the Debtors claimed they

attended the hearing, but were not acknowledged and were unable to speak up or be seen at the hearing. The Court is unsure how this might be the case. However, based on the Debtors' statement, the Court **ORDERS**:

1.     The Court's Hearing on Confirmation of the Chapter 13 Plan (Doc. 19) and Creditor NationStar's Objection to Confirmation (Doc. 25) is **CONTINUED** to **February 7, 2022**, at **9:00 a.m.** by Zoom Video Conference.

2.     Any interested party may attend the hearing by Zoom Video Conference, which permits remote participation by video or telephone. To participate through Zoom, participants must register in advance no later than 3:00 p.m. one business day before the hearing using the link below:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k.

# # #

Copies To:
All parties in interest.