United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 21-20206-PDR
Annetta McCalla  Chapter 13
Curtis McNeal
    Debtors

# CERTIFICATE OF NOTICE

District/off: 113C-0  User: romeroc  Page 1 of 2
Date Rcvd: Jan 05, 2022  Form ID: CGFCRD3Z  Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Annetta McCalla, Curtis McNeal, 1251 NW 51 Ave., Lauderhill, FL 33313-6542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: swulfekuhle@broward.org | Jan 05 2022 22:07:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1818 |
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Jan 05 2022 22:07:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 05 2022 22:08:00 | NationStar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

**Name**    **Email Address**

Christopher P Salamone

District/off: 113C-0                     User: romeroc                                          Page 2 of 2
Date Rcvd: Jan 05, 2022                  Form ID: CGFCRD3Z                                      Total Noticed: 4

                                 on behalf of Creditor NationStar Mortgage LLC csalamone@raslg.com csalamone@raslg.com

Keith S Labell
                                 on behalf of Creditor NationStar Mortgage LLC klabell@raslg.com klabell@raslg.com

Office of the US Trustee
                                 USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
                                 ecf@ch13weiner.com ecf2@ch13weiner.com

TOTAL: 4

Form CGFCRD3Z (2/16/2021)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 21−20206−PDR

Chapter: 13

**In re:**
Annetta McCalla
1251 NW 51 Ave.
Lauderhill, FL 33313
SSN: xxx−xx−1546

Curtis McNeal
1251 NW 51 Ave.
Lauderhill, FL 33313
SSN: xxx−xx−2479

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Peter D. Russin to consider the following:

**Pro−Se Motion to Reconsider Filed by Debtor Annetta McCalla , Joint Debtor Curtis McNeal (Graster−Thomas, Tanesha) (29)**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** February 7, 2022
   **Time:** 01:00 PM
   **Location:** Video Conference by Zoom for Government

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

4. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

5. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

**Dated:** 1/5/22

**CLERK OF COURT**
By: Christina Romero
Courtroom Deputy